■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VAN T. CUNG, Appellant. (Appeal No. 2.) [976 NYS2d 904]—Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered September 21, 2011. The judgment convicted defendant, upon a jury verdict, of criminal contempt in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Cung* (112 AD3d 1307 [2013]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.